1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, #VI 766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JAIME ROBLES-FLORES

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. CR-S-09-480 JAM
                                    )
12              Plaintiff,          )
                                    )  STIPULATION AND ORDER TO CONTINUE
13      v.                          )  STATUS CONFERENCE
                                    )
14 JAIME ROBLES-FLORES,             )  Date:    February 2, 2010
                                    )  Time:    9:30 a.m.
15              Defendant.          )  Judge:   John A. Mendez
                                    )
16 _____  )

17      It is hereby stipulated between the parties, Michael Anderson,

18 Assistant United States Attorney, attorney for plaintiff and Douglas J.

19 Beevers, Assistant Federal Defender, attorney for defendant, JAIME

20 ROBLES-FLORES, that the Status Conference hearing date of January 19,

21 2010, be vacated and a new Status Conference hearing date of February

22 2, 2010, at 9:30 a.m. be set.

23      The grounds for the continuance are that the parties are still

24 negotiating a plea and need more time to arrange an interpreter to

25 review the offer.  In addition, defense counsel is preparing for a

26 trial in a very complex case to start January 20, 2010, and will not

27 have much time during work hours to meet next week.

28 / / /

It is further stipulated and agreed between the parties that the period from January 19, 2010, through and including February 2, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: January 15, 2010        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Douglas J. Beevers*

DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
JAIME ROBLES-FLORES

Dated: January 15, 2010        BENJAMIN B. WAGNER
United States Attorney

*/s/ Douglas J. Beevers for*

MICHAEL ANDERSON
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 15, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge